CRIMINAL COURT OF APPEALS

P.O. BOX 12308- CAPITOL STATION

AUSTIN,TX. 78711

30, 368-05

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REQUEST FOR RECORDS REVIEW OF THE CAUSE NO.15610

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 02 2015
Abel Acosta, Clerk

Court Clerk,

     I am ROSS WAYNE NIX and am seeking a RECORDS REVIEW in the CAUSE OF ACTION in 15610 STATE OF TEXAS V. ROSS WAYNE NIX IN THE CAUSE NO.15610.

I can be reached at the below address if any additional infor. is neede.

I thank you in advance for any and all help in this matter before the Clerk's office.

SINCERELY,

ROSS WAYNE NIX
T.D.C.J.-ID #434025
WYNNE UNIT
810 FM 2821
HUNTSVILLE, TX. 77349

(1 of 1).